

**1:25-cr-00041**
**Judge John Robert Blakey**
**Magistrate Judge Daniel P. McLaughlin**
**RANDOM/CAT 5**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **UNDER SEAL** |
| v. | No. |
| AARON NEFTALI OROZCO | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

The SPECIAL JUNE 2024 GRAND JURY charges:

On or about January 19, 2024, at Cook County, in the Northern District of Illinois, Eastern Division,

AARON NEFTALI OROZCO,

defendant herein, an alien who previously had been deported and removed from the United States on or about May 23, 2020, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Christine O'Neill on behalf of the
ACTING UNITED STATES ATTORNEY