# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

AARON NEFTALI OROZCO,

        Defendant.

1:25-cr-00041

District Judge Blakey

Magistrate Judge McShain

## ORDER

Initial appearance and arraignment held on 01/30/2025. Pretrial appeared by telephone. Official Spanish Court Interpreter Jose Pina present. Defendant appeared in response to arrest in this District on 01/30/2025. The Court found Defendant unable to afford counsel. Enter order appointing Emily Hosseini of the Federal Defender Program as counsel for Defendant. Defendant informed of his rights. Defendant informed of the charge against him and the possible sentence/fine if convicted of the charge. Defendant acknowledged receipt of the Indictment; waived formal reading of Indictment; and, entered a plea of not guilty to the Indictment. The Government orally moved to detain and for a detention hearing pursuant to 18 U.S.C § 3142(f)(2)(A). For the reasons stated on the record, the Court finds that the Government is entitled to a detention hearing under the statute. In-person detention hearing is set for 02/03/2025 at 1:00 p.m. in Courtroom 1025. Pretrial Services may participate in the hearing telephonically. Any potential third-party custodian is required to attend the detention hearing in-person on 02/03/2025. Defendant is remanded to the custody of the U.S. Marshal until further order of the Court. Rule 16.1(a) to be held by 02/06/2025. Status hearing is set before Judge Blakey on 02/13/2025 at 1:00 p.m. Final deadlines for the filing of any pretrial motions and responses shall be set by the District Court by separate order. Government's unopposed oral motion to exclude time is granted. The time from 01/30/2025 through 02/13/2025 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice. Excluding time will permit the parties to review discovery materials and allow the time that is reasonably necessary for effective preparation. Such delay outweighs the interests of the public and the defendant in a speedy trial, particularly at this early stage of the case. Pursuant to Fed. R. Crim. P. 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the Defendant as to guilt or punishment, and possible consequences of nondisclosure.

For further details, please see the attached written order. The Government's oral motion to unseal the case is granted. The Clerk's Office is directed to unseal this case.

IA:  00:10
AR: 00:05

_____

**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: January 30, 2025**