UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON OROZCO | Case No. 25 CR 41<br><br>District Judge John Robert Blakey |

**PETITION FOR *WRIT* OF *HABEAS CORPUS AD PROSEQUENDUM***

Now comes the UNITED STATES OF AMERICA by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name: AARON OROZCO
> Date of Birth: \*\*/\*\*/1994
> Sex: Male
> Race: Hispanic
> Jail/Prisoner #: N/A

is incarcerated in the following institution:

Greene County Jail, Springfield, Missouri.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with Title 8, United States Code, Section 1326a (illegal reentry), and is now wanted in such division and district at **11:00 a.m. on August 29, 2025**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 01:00 p.m. for status hearing before District Judge John Robert Blakey, in the courtroom usually occupied by said judge.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Prosequendum* in this matter directed to the following person:

    Jim C. Arnott
    Sheriff
    Greene County Jail
    1199 N Haseltine Road
    Springfield, Missouri 65802

commanding them to produce the body of the said prisoner before this Court at said time and on said date, in the United States Courthouse in Chicago, Illinois, and that when the said prisoner shall be so produced pursuant to said *Writ*, and that when the proceedings in this case have been concluded, that AARON OROZCO be returned forthwith to said institution from which he was brought.

                      Respectfully submitted,

                      ANDREW S. BOUTROS
                      United States Attorney

By:    /s/ *Jill J. Bhalakia*
        JILL J. BHALAKIA
        Assistant United States Attorney
        219 S. Dearborn St., Rm. 500
        Chicago, IL 60604
        (312) 353-5159