## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                         Case No.: 1:25–cr–00041

                                          Honorable John Robert Blakey

Aaron Neftali Orozco

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2025:

      MINUTE entry before the Honorable John Robert Blakey: The oral agreed motion to waive the presence of the Defendant, Neftali Orozco (1), is granted. The defendant's presence is waived for the 8/29/2025 status hearing. All dates and deadlines stand. Time previously excluded to 8/29/2025. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.