UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 25 CR 041 |
| v. | ) | |
| | ) | Honorable John Robert Blakey |
| AARON NEFTALI OROZCO | ) | |

**GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, the United States Attorney for the Northern District of Illinois, hereby moves the Court, pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the indictment in this case against Aaron Neftali Orozco without prejudice. Dkt. 1.

Dated: September 29, 2025

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ Jill Bhalakia
Jill Bhalakia
Special Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312)353-5159