IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON OROZCO | No. 25 CR 41<br><br>Judge John Robert Blakey |

**MOTION FOR MISCELLANEOUS RELIEF**

Aaron Orozco, through the Federal Defender Program and its attorney, Emily Hosseini, respectfully requests that this Court order the Pretrial Services Office to release Aaron Orozco's passport to Mr. Orozco or a family member of his choice. In support of this motion, Mr. Orozco states the following:

1. On January 30, 2025, Mr. Orozco appeared for his initial appearance and arraignment for one charge of illegally reentering the country in violation of Title 8, United States Code, 1326(a). Dkt. 5.

2. On February 3, 2025, Mr. Orozco was ordered released from custody with conditions of bond. Dkt. 12, 13. One of those conditions was that he turn over his passport to the pretrial services office.

3. On or about September 6, 2025, Mr. Orozco was deported to Mexico, as confirmed by his pretrial services officer. Dkt. 24. The government has since moved to dismiss the indictment against Mr. Orozco. Dkt. 25.

1

4. Defense counsel has confirmed with Mr. Orozco's pretrial services officer that the Pretrial Services Office still has possession of Mr. Orozco's passport. The Pretrial Services Office needs an order from this Court permitting the release of Mr. Orozco's passport to ensure its return to Mr. Orozco.

Thus, Mr. Orozco respectfully requests that this Court order the Pretrial Services Office to release Mr. Orozco's passport to him or a family member of his choice.

        Respectfully submitted,

        FEDERAL DEFENDER PROGRAM
        John Murphy
        Executive Director

By:   *s/ Emily Hosseini*
        Emily Hosseini
        Attorney for Aaron Orozco

FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8300

## **CERTIFICATE OF SERVICE**

The undersigned, <u>Emily Hosseini</u>, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

### **MOTION FOR MISCELLANEOUS RELIEF**

was served pursuant to the district courts ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on <u>September 30, 2025</u>, to counsel/parties that are non-ECF filers.

                                                By: <u>/s/ *Emily Hosseini*</u>
                                                    Emily Hosseini
                                                    FEDERAL DEFENDER PROGRAM
                                                    55 E. Monroe St., Suite 2800
                                                    Chicago, Illinois 60603
                                                    (312) 621-2033